1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:        matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   WARNER BROS. RECORDS INC.;
7  VIRGIN RECORDS AMERICA, INC.;
   BMG MUSIC; MAVERICK RECORDING
8  COMPANY; INTERSCOPE RECORDS;
   SONY BMG MUSIC ENTERTAINMENT;
9  and ARISTA RECORDS LLC

10

11                 UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
12

13

14 | WARNER BROS. RECORDS INC., a Delaware | CASE NO.
15 | corporation; VIRGIN RECORDS AMERICA,
   | INC., a California corporation; BMG MUSIC, a | **CERTIFICATION OF INTERESTED**
16 | New York general partnership; MAVERICK | **ENTITIES OR PERSONS**
   | RECORDING COMPANY, a California joint
17 | venture; INTERSCOPE RECORDS, a California
   | general partnership; SONY BMG MUSIC
18 | ENTERTAINMENT, a Delaware general
   | partnership; and ARISTA RECORDS LLC, a
19 | Delaware limited liability company,
20 |                         Plaintiffs,
21 |      v.
22 |
23 | JOHN DOE,
   |                         Defendant.
24

25

26

27

28

Certification of Interested Entities or Persons
Case No.
#30422 v1

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:
6  The following companies are parents of, or partners in Plaintiff WARNER BROS.
7  RECORDS INC.: WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group
8  Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music Group Corp. is
9  publicly traded in the U.S.
10  The following companies are parents of, or partners in Plaintiff VIRGIN RECORDS
11  AMERICA, INC.: EMI Recorded Music Holdings, Inc.; Capitol Records, Inc.; Capitol-EMI Music
12  Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV; EMI Group Holdings
13  BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.; Virgin Music Group Ltd.;
14  and EMI Group plc., of which only EMI Group plc. is a publicly traded company. EMI Group plc.
15  is publicly traded in the U.K.
16  The following companies are parents of, or partners in Plaintiff BMG MUSIC: Ariola
17  Eurodisc LLC; USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
18  Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
19  Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony
20  Corporation is publicly traded in the U.S.
21  The following companies are parents of, or partners in Plaintiff MAVERICK RECORDING
22  COMPANY: SR/MDM Venture Inc.; Maverick Partner Inc.; WBR/Sire Ventures Inc.; Warner
23  Bros. Records Inc.; WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group
24  Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music Group Corp. is
25  publicly traded in the U.S.
26  The following companies are parents of, or partners in Plaintiff INTERSCOPE RECORDS:
27  UMG Recordings, Inc.; PRI Productions, Inc.; Polygram Holding, Inc.; Universal Music Group,
28  Inc.; Vivendi Holding I Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.;

and Vivendi S.A., of which only Vivendi S.A. is publicly traded. Vivendi S.A. is publicly traded in France.

The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC ENTERTAINMENT: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

The following companies are parents of, or partners in Plaintiff ARISTA RECORDS LLC: BMG Music; SONY BMG MUSIC ENTERTAINMENT; Ariola Eurodisc LLC; USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

Dated: June 13, 2007

HOLME ROBERTS & OWEN LLP

By: _____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
WARNER BROS. RECORDS INC.; VIRGIN RECORDS AMERICA, INC.; BMG MUSIC; MAVERICK RECORDING COMPANY; INTERSCOPE RECORDS; SONY BMG MUSIC ENTERTAINMENT; and ARISTA RECORDS LLC