AO 121 (6/90)

**ORIGINAL**

| TO:<br>Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
|---|---|
| DOCKET NO. | DATE FILED |

C 07 3094 JCS

| PLAINTIFF<br>WARNER BROS. RECORDS INC.; VIRGIN RECORDS AMERICA, INC.; BMG MUSIC; MAVERICK RECORDING COMPANY; INTERSCOPE RECORDS; SONY BMG MUSIC ENTERTAINMENT; and ARISTA RECORDS LLC | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE

IP Address: 169.229.74.223 2007-01-22 02:18:14 EST          CASE ID# 115543284

P2P Network: GnutellaUS                                      Total Audio Files: 1349

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Nina Gordon | Tonight And The Rest Of My Life | Tonight and the Rest of My Life | 285-809 |
| Virgin Records America, Inc. | Enigma | Gravity Of Love | The Screen Behind The Mirror | 277-091 |
| BMG Music | Foo Fighters | Learn To Fly | There Is Nothing Left To Lose | 285-034 |
| Maverick Recording Company | Michelle Branch | Everywhere | The Spirit Room | 303-732 |
| Virgin Records America, Inc. | Janet Jackson | All for You | All for You | 308-900 |
| Interscope Records | Eminem | Sing for the Moment | Eminem Show | 317-924 |
| SONY BMG MUSIC ENTERTAINMENT | Jessica Simpson | Where You Are | Sweet Kisses | 276-117 |
| Arista Records LLC | Avril Lavigne | Naked | Let Go | 312-786 |