Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:   (415) 268-1999
Email:   matt.jaksa@hro.com

Attorneys for Plaintiffs,
WARNER BROS. RECORDS INC.;
VIRGIN RECORDS AMERICA, INC.;
BMG MUSIC; MAVERICK
RECORDINGS COMPANY;
INTERSCOPE RECORDS; SONY BMG
MUSIC ENTERTAINMENT; and ARISTA
RECORDS LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; BMG MUSIC, a New York general partnership; MAVERICK RECORDINGS COMPANY, a California joint venture; INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,<br>                    Plaintiffs,<br><br>     v.<br><br>JOHN DOE,<br>                    Defendant. | CASE NO. C 07-03094 JCS<br><br>Honorable Joseph C. Spero<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME TO SERVE DEFENDANT AND [PROPOSED] ORDER** |

Ex Parte Application to Continue CMC and Extend Time to Serve Defendant and [Proposed] Order
Case No. C 07-03094 JCS
#32244 v1

1  Plaintiffs hereby request that the Court continue the case management conference currently set for September 21, 2007, at 1:30 p.m. to December 21, 2007. Plaintiffs further request that, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1), that Plaintiffs' time to serve the Summons and Complaint on Defendant John Doe ("Defendant") be extended from October 11, 2007 to January 9, 2008.

Plaintiffs filed the Complaint against Defendant on June 13, 2007. Also on June 13, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery seeking the Court's permission to serve a Rule 45 subpoena on University of California, Berkeley ("UC Berkeley"). On June 26, 2007, this Court issued its Order Granting Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery authorizing Plaintiffs to serve a Rule 45 subpoena on UC Berkeley so that Plaintiffs could seek information sufficient to identify Defendant.

UC Berkeley has responded to Plaintiffs' subpoena, and Plaintiffs have now determined the identity of defendant. Plaintiffs are attempting to contact Defendant regarding settlement before amending the Complaint to name Defendant, and have sent Defendant a letter to that effect. Therefore, a case management conference is unnecessary at this time. Plaintiffs request that the Court continue the case management conference currently set for September 21, 2007, at 1:30 p.m. to December 21, 2007. Given the foregoing circumstances, and because the original time period for Plaintiffs to serve the Summons and Complaint on Defendant will expire on October 11, 2007, Plaintiffs further request that Plaintiffs' time to serve the Summons and Complaint on Defendant be extended to January 9, 2008.

Dated: September 11, 2007                                      HOLME ROBERTS & OWEN LLP

By:  _____*/s/ Matthew Franklin Jaksa*____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
WARNER BROS. RECORDS INC.;
VIRGIN RECORDS AMERICA, INC.;
BMG MUSIC; MAVERICK
RECORDINGS COMPANY;
INTERSCOPE RECORDS; SONY BMG
MUSIC ENTERTAINMENT; and
ARISTA RECORDS LLC

1

1 **ORDER**

2     Good cause having been shown:

3     **IT IS ORDERED** that the case management conference currently set for September 21,
4 2007, at 1:30 p.m. be continued to December 21, 2007.

5     **IT IS FURTHER ORDERED** that, pursuant to the Federal Rules of Civil Procedure, Rules
6 4(m) and 6(b), Plaintiffs' time to serve the summons and complaint on Defendant is hereby extended
7 to January 9, 2008.

10 Dated: _____      By: _____
11                                                                      Honorable Joseph C. Spero
                                                                      United States Magistrate Judge

Ex Parte Application to Continue CMC
Case No. C 07-03094 JCS
#32244 v1