Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
WARNER BROS. RECORDS INC.;
VIRGIN RECORDS AMERICA, INC.;
BMG MUSIC; MAVERICK
RECORDINGS COMPANY;
INTERSCOPE RECORDS; SONY BMG
MUSIC ENTERTAINMENT; and ARISTA
RECORDS LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; BMG MUSIC, a New York general partnership; MAVERICK RECORDINGS COMPANY, a California joint venture; INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,<br>　　　　　Plaintiffs,<br>　　v.<br>JOHN DOE,<br>　　　　　Defendant. | CASE NO. 3:07-CV-03094-JCS<br><br>Honorable Joseph C. Spero<br><br>**SUPPLEMENTAL DECLARATION OF MATTHEW FRANKLIN JAKSA IN FURTHER SUPPORT OF *EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

## DECLARATION OF MATTHEW FRANKLIN JAKSA

I, MATTHEW FRANKLIN JAKSA, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of California and the United States District Court, Northern District of California. I am an associate with the law firm of Holme Roberts & Owen LLP, counsel of record for Plaintiffs. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On December 6, 2007, Plaintiffs filed their *Ex Parte* Application to Continue Case Management Conference and Proposed Order, seeking to continue the case management conference currently set for December 21, 2007, at 1:30 p.m. to March 21, 2008.

3. The *Ex Parte* Application did not state that on September 12, 2007, the Court issued an order granting Plaintiffs' earlier request to continue the case management conference from the originally scheduled date of September 21, 2007 to the currently scheduled date of December 21, 2007.

4. For the reasons stated in Plaintiffs' *Ex Parte* Application to Continue Case Management Conference filed December 6, 2007, Plaintiffs now request that the Court grant a second continuance of the case management conference from December 21, 2007, at 1:30 p.m. to March 21, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of December, 2007, at San Francisco, California.

_____
Matthew Franklin Jaksa