Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:       matt.jaksa@hro.com

Attorneys for Plaintiffs,
WARNER BROS. RECORDS INC.;
VIRGIN RECORDS AMERICA, INC.;
BMG MUSIC; MAVERICK RECORDINGS COMPANY;
INTERSCOPE RECORDS; SONY BMG MUSIC ENTERTAINMENT; and ARISTA RECORDS LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; BMG MUSIC, a New York general partnership; MAVERICK RECORDINGS COMPANY, a California joint venture; INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,<br>     Plaintiffs,<br><br> v.<br><br>JOHN DOE,<br>     Defendant. | CASE NO. 3:07-CV-03094-JCS<br><br>Honorable Joseph C. Spero<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER** |

1     Plaintiffs respectfully request that the Court continue the case management conference currently set for December 21, 2007, at 1:30 p.m. to March 21, 2008.

    Plaintiffs filed the Complaint against Defendant on June 13, 2007. Also on June 13, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery seeking the Court's permission to serve a Rule 45 subpoena on University of California, Berkeley ("UC Berkeley"), so that Plaintiffs could obtain information sufficient to identify Defendant. On June 26, 2007, this Court issued its Order Granting Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery authorizing Plaintiffs to serve a Rule 45 subpoena on UC Berkeley. UC Berkeley responded to Plaintiffs' subpoena, providing Plaintiffs with identifying information including Defendant's name and contact information.

    Since that time, Plaintiffs and Defendant have been in contact, and have discussed settlement options. If the parties reach a settlement, Plaintiffs will promptly file dispositional documents with the Court. If the parties do not settle, Plaintiffs will file an amended complaint naming Defendant personally. However, Plaintiffs have agreed not to file an amended complaint until January 7, 2008, to allow Defendant additional time to assess Plaintiffs' claims.

    Given the foregoing circumstances, a case management conference is unnecessary at this time. Plaintiffs therefore request that the Court continue the case management conference currently set for December 21, 2007, at 1:30 p.m. to March 21, 2008.

Dated: December 6, 2007                          HOLME ROBERTS & OWEN LLP

By: _____*/s/ Matthew Franklin Jaksa*___
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
WARNER BROS. RECORDS INC.;
VIRGIN RECORDS AMERICA, INC.;
BMG MUSIC; MAVERICK
RECORDINGS COMPANY;
INTERSCOPE RECORDS; SONY BMG
MUSIC ENTERTAINMENT; and
ARISTA RECORDS LLC

1

Ex Parte Application to Continue CMC and [~~Proposed~~] Order
Case No. 3:07-cv-03094-JCS
#34219 v1

## ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for December 21, 2007, at 1:30 p.m. be continued to March 21, 2008., at 1:30 p.m.

Dated: Dec. 7, 2007          By: 
                                 Hono
                                 United            dge
                                 Judge Joseph C. Spero

1