# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

WARNER BROS. RECORDS INC., a Delaware corporation;
VIRGIN RECORDS AMERICA, INC., a California corporation;
BMG MUSIC, a New York general partnership; MAVERICK
RECORDING COMPANY, a California joint venture;
INTERSCOPE RECORDS, a California general partnership;
SONY BMG MUSIC ENTERTAINMENT, a Delaware general
partnership; and ARISTA RECORDS LLC, a Delaware limited
liability company

v.

YOO-MIN LEE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   3:07-cv-03094-JCS

TO: (Name and address of defendant)

Yoo-Min Lee
5226 Marigot Place
San Diego, CA 92124

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MATTHEW FRANKLIN JAKSA (SBN 248072)
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994

Phone: (415) 268-2000
Fax:   (415) 268-1999

an answer to the complaint which is herewith served upon you, within _20_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE _2-11-08_

GLORIA ACEVEDO

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1] — DATE |
| Name of SERVER — TITLE |
| *Check one box below to indicate appropriate method of service* |
| ☐ Served Personally upon the Defendant. Place where served: |
| ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>Name of person with whom the summons and complaint were left: |
| ☐ Returned unexecuted: |
| ☐ Other *(specify):* |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                           Date                                                  Signature of Server

                                                                             _____
                                                                             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure