| Attorney or Party without Attorney: <br> MATTHEW FRANKLIN JAKSA <br> HOLME ROBERTS & OWEN LLP <br> 560 MISSION STREET <br> 25TH FLOOR <br> SAN FRANCISCO, CA 94105 <br> Telephone No: 415-268-2000 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: <br> WARNER BROS., et al. | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court Northern District Of California | | |
| Plaintiff: WARNER BROS. RECORDS INC., et al. | | |
| Defendant: YOO-MIN LEE | | |

| PROOF OF SERVICE <br> SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 3:07-CV-03094-JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; First Amended Complaint For Copyright Infringement; Ex Parte Application To Extend Time To Serve Defendant And Order; Ex Parte Application To Continue Case Management Conference And Order; Ex Parte Application To Continue Case Management Conference And Extend Time To Serve Defendant And Order; Consent To Proceed Before A United States Magistrate Judge; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Report On The Filing Or Determination Of An Action Or Appeal Regarding Copyright; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order; Letter Dated February 12, 2008; Waiver And Acceptance Of Service.

3. a. Party served: YOO-MIN LEE

4. Address where the party was served: 1950 FIFTH AVENUE SUITE 200 SAN DIEGO, CA 92101

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Feb. 14, 2008 (2) at: 3:25PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. K. WYSONG
   
   First Legal Support Services SM
   ATTORNEY SERVICES
   1111 6TH AVENUE, SUITE 204
   San Diego, CA 92101
   (619) 231-9111, FAX (619) 231-1361

   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
    (i) Independent Contractor
    (ii) Registration No.:    879
    (iii) County:    San Diego

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   
   Date: Fri, Feb. 15, 2008
   
   (K. WYSONG)

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

6400608.holro.113948