1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA 94105-2994
3  Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email:     matt.jaksa@hro.com
5

6  Attorneys for Plaintiffs,
   WARNER BROS. RECORDS INC.;
7  VIRGIN RECORDS AMERICA, INC.;
   BMG MUSIC; MAVERICK
8  RECORDINGS COMPANY;
   INTERSCOPE RECORDS; SONY BMG
9  MUSIC ENTERTAINMENT; and ARISTA
10 RECORDS LLC

11                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
12                        SAN FRANCISCO DIVISION

13 | WARNER BROS. RECORDS INC., a Delaware | CASE NO. C 07-03094 JCS
14 | corporation; VIRGIN RECORDS AMERICA,
     INC., a California corporation; BMG MUSIC, a | Honorable Joseph C. Spero
15 | New York general partnership; MAVERICK
     RECORDINGS COMPANY, a California joint | **STIPULATION TO CONTINUE CASE**
16 | venture; INTERSCOPE RECORDS, a California | **MANAGEMENT CONFERENCE AND**
17 | general partnership; SONY BMG MUSIC | **EXTEND TIME FOR DEFENDANT TO**
     ENTERTAINMENT, a Delaware general | **ANSWER PLAINTIFFS' COMPLAINT**
18 | partnership; and ARISTA RECORDS LLC, a | **AND [PROPOSED] ORDER**
     Delaware limited liability company,
19 |                        Plaintiffs,
20
           v.
21
22 YOO-MIN LEE,
                           Defendant.
23

24
25
26
27
28

Stipulation to Continue CMC and Extend Defendant's Time to Answer and [Proposed] Order
Case No. C 07-03094 JCS
#34/41 v1

1    Plaintiffs Warner Bros. Records, Inc., *et al.* and Defendant Yoo-Min Lee (collectively, the "Parties"), by and through their attorneys, stipulate to extend Defendant's time in which to answer the First Amended Complaint to March 12, 2008. The Parties further stipulate, subject to the Court's approval, to a continuance of the initial case management conference from March 21, 2008 at 1:30 p.m. to April 11, 2008, at 1:30 p.m. In support of their request, the Parties represent as follows:

1.   Plaintiffs filed their initial complaint for copyright infringement in this matter against a John Doe defendant on June 13, 2007. On that date, Plaintiffs also filed their *Ex Parte* Application for Leave to Take Immediate Discovery seeking leave of the Court to serve a Rule 45 subpoena on a third-party Internet Service Provider ("ISP"). The Court entered an Order for Leave to take Immediate Discovery on June 26, 2007, and Plaintiffs served a subpoena on the ISP. The ISP provided Defendant's name in response to the subpoena.

2.   Thereafter, the Parties engaged in periodic correspondence and discussions aimed at resolving this case without further litigation. These discussions continued through February 7, 2008. However, the Parties were unable to resolve the dispute. During that time, while the case was still in the Doe stage, Plaintiffs requested two previous continuances of the case management conference, which the Court granted by its Orders of September 12, 2007 and December 7, 2007.

3.   On February 11, 2008, Plaintiffs filed the First Amended Complaint ("FAC") naming Ms. Lee individually as the defendant, and Summons was issued. Defendant was served with the Summons and FAC on February 14.

4.   Defendant intends to file and serve an answer to the FAC, but desires additional time in which to do so. Accordingly, the Parties have agreed to extend the deadline for Defendant to answer the FAC to March 12, 2008. However, under the current case management schedule, the Parties would be required to file a Joint Case Management Statement by March 14, just two days after the Parties' agreed-upon deadline for Defendant to answer the FAC.

---

1

Stipulation to Continue CMC and Extend Defendant's Time to Answer and [Proposed] Order
Case No. C 07-03094 JCS
#34741 v1

5. Accordingly, the Parties have reached the following stipulation: (1) The parties agree that the deadline for Defendant to answer the FAC be extended to March 12, 2008; (2) The parties further agree that the initial case management conference be continued from March 21, 2008, at 1:30 p.m. to April 11, 2008, at 1:30 p.m., with the Joint Case Management Statement to be filed by April 4, 2008.

Dated: March 5, 2008

HOLME ROBERTS & OWEN LLP

By: _____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs

Dated: March 5, 2008

GERALD SINGLETON, APC

By: _____
GERALD SINGLETON
Attorney for Defendants

[PROPOSED] ORDER

Pursuant to the Parties' Stipulation, IT IS SO ORDERED.

Dated: _____

By: _____
Honorable Joseph C. Spero
United States Magistrate Judge

2
Stipulation to Continue CMC and Extend Defendant's Time to Answer and [Proposed] Order
Case No. C 07-03094 JCS