UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Warner Bros. Records, Inc., et al.

        Plaintiff(s),

v.

Yoo-Min Lee

        Defendant(s).
_____/

Case No. C 07-03094-JCS

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: March 13, 2008

[Party]

Dated: March 24, 2008

[Counsel]