GERALD SINGLETON, State Bar No. 208783
Law Offices of GERALD SINGLETON, APC
1950 Fifth Street, Suite 200
San Diego, California  92101
(619) 239-2196
(619) 702-5592 (fax)
geraldsingleton73@yahoo.com

Attorneys for Defendant, Yoo-Min Lee

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; BMG MUSIC, a New York general partnership; MAVERICK RECORDINGS COMPANY, a California joint venture; INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company<br><br>Plaintiffs,<br><br>v.<br><br>YOO-MIN LEE,<br><br>Defendant. | Case No.  3:07-cv-03094-JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Respectfully submitted this 8th day of April, 2008

By:   /s/ Gerald Singleton
GERALD SINGLETON
Attorney for Defendant Yoo-Min Lee

<u>Warner Brothers Records, Inc., et al., v. Lee</u>
Case No. 3:07-cv-03094-JCS

## PROOF OF SERVICE

<u>STATE OF CALIFORNIA, COUNTY OF SAN DIEGO,</u>

 I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 1950 Fifth Avenue, Suite 200, San Diego, CA 92101

 On April 8, 2008 I served the following document(s) described as:

**Declination to Proceed Before a Magistrate Judge and**
**Request for Reassignment to a United States District Judge**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

- **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

- **BY ELECTRONIC MAIL:** matt.jaksa@hro.com

- **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

 Executed on April 8, 2008, at San Diego, California.

*/s/ Alexis Bastedo*

_____
Alexis Bastedo

## MAILING LIST

Matthew Franklin Jaksa, Esq.
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994

Tel.:        (415) 268-2000          Fax: (415) 268-1999
Email:       matt.jaksa@hro.com

Attorneys for Plaintiffs