**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. RECORDS, | No. C-07-03094 JCS |
| Plaintiff(s), | NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE |
| v. | |
| YOO-MIN LEE, | |
| Defendant(s). | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

[X]  One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

[]  One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

ALL HEARING DATES PRESENTLY SCHEDULED BEFORE MAGISTRATE JUDGE SPERO ARE VACATED AND SHOULD BE RE-NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED..

Dated: April 10, 2008

Richard W. Wieking, Clerk
United States District Court

*Karen L. Hom* (signature)

By: Karen L. Hom
Deputy Clerk

cc: Intake