1  GERALD SINGLETON, State Bar No. 208783
   Law Offices of GERALD SINGLETON, APC
2  1950 Fifth Street, Suite 200
   San Diego, California 92101
3  (619) 239-2196
   (619) 702-5592 (fax)
4  geraldsingleton73@yahoo.com

5

   Attorneys for Defendant, Yoo-Min Lee
6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10 WARNER BROS. RECORDS INC., a          )   Case No. 4:07-cv-03094-CW
   Delaware corporation; VIRGIN RECORDS  )
11 AMERICA, INC., a California corporation; )
   BMG MUSIC, a New York general         )
12 partnership; MAVERICK RECORDINGS      )
   COMPANY, a California joint venture;   )
13 INTERSCOPE RECORDS, a California       )   **STIPULATION TO CONTINUE CASE**
   general partnership; SONY BMG MUSIC   )   **MANAGEMENT CONFERENCE**
14 ENTERTAINMENT, a Delaware general     )
   partnership; and ARISTA RECORDS LLC, a )
15 Delaware limited liability company      )
                                          )
16                                        )
                                          )
              Plaintiffs,                 )
17                                        )
                                          )
          v.                              )
18                                        )
   YOO-MIN LEE,                           )
19                                        )
                                          )
              Defendant.                  )
20                                        )
                                          )
21 _____)

22     **COMES NOW**, the parties, by and through their attorneys of record, hereby stipulate and agree

23 that the Case Management Conference currently scheduled for 2:00 p.m. on April 22, 2008, be continued

24 for two (2) weeks. The parties are informed and believe that Defendant has obtained new counsel and such

25 new counsel will need two (2) weeks to prepare for the Case Management Conference

26 //

27 //

28 //

1    The parties jointly move this Court to continue the Case Management Conference currently

2    scheduled for 2:00 p.m. on April 22, 2008, for two (2) weeks, to 2:00 p.m. on May 5, 2008, or as soon

3    thereafter as the matter may be heard.

4

5

6    Dated:  April 21, 2008                    By:    /s/ Gerald Singleton
                                                      GERALD SINGLETON
7                                                     Law Offices of GERALD SINGLETON, APC
                                                      Attorneys for Defendant
8

9    Dated: April 22, 2008                     By:    _____
                                                      MATTHEW FRANKLIN JAKSA
10                                                    HOLME ROBERTS & OWEN LLP
                                                      Attorneys for Plaintiffs
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue Case Management Conference          -2-          Case No. 4:07-cv-03094-CW