GERALD SINGLETON, State Bar No. 208783
Law Offices of GERALD SINGLETON, APC
1950 Fifth Street, Suite 200
San Diego, California  92101
(619) 239-2196
(619) 702-5592 (fax)
geraldsingleton73@yahoo.com

Attorneys for Defendant, Yoo-Min Lee

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; BMG MUSIC, a New York general partnership; MAVERICK RECORDINGS COMPANY, a California joint venture; INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company<br><br>              Plaintiffs,<br><br>       v.<br><br>YOO-MIN LEE,<br><br>              Defendant. | Case No.  4:07-cv-03094-CW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AS MODIFIED** |

TO:      ALL PARTIES AND THEIR ATTORNEYS OF RECORD

       GOOD CAUSE APPEARING, the Court having read and considered the stipulation of the parties,

       **IT IS ORDERED** that, due to the Defendant's change of counsel, the Case Management Conference is continued until to 2:00 p.m. on May 6, 2008.

       **SO ORDERED.**

       4/22/08

Dated: _____

_____
**HON. CLAUDIA WILKEN**
Federal District Judge
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28