ALTERNATIVE DISPUTE RESOLUTION PROGRAM
## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

May 9, 2008

Matthew Franklin Jaksa
Holme Roberts & Owen LLP
560 Mission Street
25th Floor
San Francisco, CA 94105-2994
415-268-2000 x4986

Gerald Blaine Singleton
Law Offices of Gerald Singleton
1950 Fifth Ave. Suite 200
San Diego, CA 92101
619-239-2196

Re:   Warner Bros. Records Inc. v. Doe
      Case No. C 07-03094 CW MED

Dear Counsel:

The ADR Program would like to convene a conference call with Daniel Bowling, ADR Program Staff Attorney, to discuss the Mediation. We scheduled this call for **Thursday, May 15, 2008 at 10:30 a.m.** This office will initiate the call to the phone numbers above unless directed otherwise. Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

Thank you for your attention to this matter.

Sincerely,

Alice M. Fiel
ADR Case Administrator