GERALD SINGLETON, State Bar No. 208783
Law Offices of GERALD SINGLETON, APC
1950 Fifth Street, Suite 200
San Diego, California 92101
Tel: (619) 239-2196
Fax: (619) 702-5592
Email: geraldsingleton73@yahoo.com

Attorneys for Defendant Yoo-Min Lee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; BMG MUSIC, a New York general partnership; MAVERICK RECORDINGS COMPANY, a California joint venture; INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company<br><br>Plaintiffs,<br><br>v.<br><br>YOO-MIN LEE,<br><br>Defendant. | Case No. 3:07-cv-03094-JCS<br><br>**MOTION FOR SUBSTITUTION OF COUNSEL FILED BY DEFENDANT YOO-MIN LEE** |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

//
//
//
//
//

-1-

Case No. 3:07-cv-03094-JCS

COMES NOW, Defendant, Yoo-Min Lee, and hereby requests that this Court grant her motion to relieve Gerald Singleton as counsel and substitute Frank Partida as her counsel of record.

I consent to this substitution.

Dated: May 5, 2008

_____
GERALD SINGLETON

I consent to this substitution.

Dated: May ___, 2008

_____
FRANK PARTIDA

I consent to this substitution.

Dated: May 5, 2008

_____
YOO-MIN LEE
Defendant

**SO ORDERED.**

Dated: _____

HON. CLAUDIA WILKEN
Judge of the United States District Court
Northern District of California

COMES NOW, Defendant, Yoo-Min Lee, and hereby requests that this Court grant her motion to relieve Gerald Singleton as counsel and substitute Frank Partida as her counsel of record.

I consent to this substitution.

Dated: May 5, 2008

_____
GERALD SINGLETON

I consent to this substitution.

Dated: May __, 2008

_____
FRANK PARTIDA

I consent to this substitution.

Dated: May ___, 2008

_____
YOO-MIN LEE
Defendant

**SO ORDERED.**

Dated: _____

_____
HON. CLAUDIA WILKEN
Judge of the United States District Court
Northern District of California