1  GERALD SINGLETON, State Bar No. 208783
   Law Offices of GERALD SINGLETON, APC
2  1950 Fifth Street, Suite 200
   San Diego, California 92101
3  Tel: (619) 239-2196
   Fax: (619) 702-5592
4  Email: geraldsingleton73@yahoo.com

5  Attorneys for Defendant Yoo-Min Lee

6

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 WARNER BROS. RECORDS INC., a            )   Case No. 3:07-cv-03094-JCS
   Delaware corporation; VIRGIN RECORDS    )
   AMERICA, INC., a California corporation;)
12 BMG MUSIC, a New York general           )   **MOTION FOR SUBSTITUTION OF**
   partnership; MAVERICK RECORDINGS        )   **COUNSEL FILED BY DEFENDANT YOO-**
13 COMPANY, a California joint venture;    )   **MIN LEE**   AS MODIFIED
   INTERSCOPE RECORDS, a California        )
14 general partnership; SONY BMG MUSIC     )
   ENTERTAINMENT, a Delaware general       )
15 partnership; and ARISTA RECORDS LLC, a  )
   Delaware limited liability company      )
16                                         )
                                           )
17           Plaintiffs,                   )
                                           )
18       v.                                )
                                           )
19 YOO-MIN LEE,                            )
                                           )
20           Defendant.                    )
                                           )
21                                         )
                                           )
22 _____)

23 TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

24 //

25 //

26 //

27 //

28 //

                              -1-                            Case No. 3:07-cv-03094-JCS

1   COMES NOW, Defendant, Yoo-Min Lee, and hereby requests that this Court grant her motion to
2   relieve Gerald Singleton as counsel and substitute Frank Partida as her counsel of record.
3   I consent to this substitution.

5   Dated: May 5, 2008

    _____
    GERALD SINGLETON

7   I consent to this substitution.

9   Dated: May ___, 2008

    _____
    FRANK PARTIDA

11  I consent to this substitution.

12  Dated: May 5, 2008

    _____
    YOO-MIN LEE
13  Defendant

16  **SO ORDERED.**

18  Dated: _____

    _____
19  HON. CLAUDIA WILKEN
    Judge of the United States District Court
    Northern District of California

COMES NOW, Defendant, Yoo-Min Lee, and hereby requests that this Court grant her motion to relieve Gerald Singleton as counsel and substitute Frank Partida as her counsel of record.

I consent to this substitution.

Dated: May 5, 2008

_____
GERALD SINGLETON

I consent to this substitution.

Dated: May __, 2008

_____
FRANK PARTIDA

I consent to this substitution.

Dated: May ___, 2008

_____
YOO-MIN LEE
Defendant

**SO ORDERED.**   **ALL DATES PREVIOUSLY SET REMAIN IN EFFECT.**

Dated: 5/16/08

_____
HON. CLAUDIA WILKEN
Judge of the United States District Court
Northern District of California