GERALD SINGLETON, State Bar No. 208783
Law Offices of GERALD SINGLETON, APC
1950 Fifth Street, Suite 200
San Diego, California 92101
Tel:    (619) 239-2196
Fax:    (619) 702-5592
Email:  geraldsingleton73@yahoo.com

Attorneys for Defendant Yoo-Min Lee

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; ET AL., <br><br>Plaintiffs, <br><br>v. <br><br>YOO-MIN LEE, <br><br>Defendant. | Case No. 3:07-cv-03094-JCS <br><br>**NOTICE OF ADDRESS OF DEFENDANT YOO-MIN LEE'S NEW COUNSEL** |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

This Court having granted Defendant Yoo-Min Lee's motion for substitution of counsel, Ms. Lee hereby notifies this Court that her new counsel's address is as follows:

Law Office of Frank Partida
1229 3rd Ave
Chula Vista, CA, 91911
Tel: (619) 200-7677; Fax: (619) 420-0770
Email: lyka2000@sbcglobal.net

                                    Respectfully submitted,

                                    LAW OFFICES OF GERALD SINGLETON, APC

Dated: May 5, 2008                  /s Gerald Singleton
                                    GERALD SINGLETON

-1-

Case No. 3:07-cv-03094-JCS

Warner Brothers Records, Inc., et al., v. Lee
Case No. 3:07-cv-03094-JCS

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO,

    I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 1950 Fifth Avenue, Suite 200, San Diego, CA 92101. On **March 20, 2008** I served the following document(s) described as:

**Defendant Yoo-Min Lee's Notice of Address of New Counsel**

on the following parties in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

Matthew Franklin Jaksa, Esq.
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Tel.: (415) 268-2000; Fax: (415) 268-1999
Email: matt.jaksa@hro.com

    Attorneys for Plaintiffs

Frank Partida, Esq.
Law Office of Frank Partida
1229 3rd Ave
Chula Vista, CA, 91911
Tel: (619) 200-7677; Fax: (619) 420-0770
Email: lyka2000@sbcglobal.net

    Attorneys for Defendant Yoo-Min Lee

- **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

- **BY ELECTRONIC MAIL:** matt.jaksa@hro.com; lyka2000@sbcglobal.net

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **March 20, 2008**, at San Diego, California.

Sarah Singleton