Matthew Franklin Jaksa (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:          dawniell.zavala@hro.com

Attorneys for Plaintiffs,
WARNER BROS. RECORDS INC.;
VIRGIN RECORDS AMERICA, INC.;
BMG MUSIC; MAVERICK
RECORDINGS COMPANY;
INTERSCOPE RECORDS; SONY BMG
MUSIC ENTERTAINMENT; and ARISTA
RECORDS LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; BMG MUSIC, a New York general partnership; MAVERICK RECORDINGS COMPANY, a California joint venture; INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>                 Plaintiffs,<br><br>   v.<br><br>YOO-MIN LEE,<br>                 Defendant. | CASE NO. C 07-03094-CW<br><br>Honorable Claudia Wilken<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

NOTICE OF SUBSTITUTION OF COUNSEL
Case No. C 07-03094 CW
#38243 v1

1  Plaintiffs WARNER BROS. RECORDS INC., VIRGIN RECORDS AMERICA, INC., BMG
2 MUSIC, MAVERICK RECORDINGS COMPANY, INTERSCOPE RECORDS, SONY BMG
3 MUSIC ENTERTAINMENT, and ARISTA RECORDS LLC, (collectively, "Plaintiffs"), through
4 their counsel, hereby designate the following attorney from HOLME ROBERTS & OWEN LLP as
5 counsel for service in this action:

6  **DAWNIELL ALISE ZAVALA, ESQ.**

7  HOLME ROBERTS & OWEN LLP
   560 Mission Street, 25th Floor
8  San Francisco, CA  94105-2994
   Telephone:    (415) 268-2000
9  Facsimile:    (415) 268-1999
10

11  The following attorney is no longer counsel of record in this action:

12  **MATTHEW FRANKLIN JAKSA, ESQ.**

13

14 Dated: June 16, 2008                    HOLME ROBERTS & OWEN LLP

15                                         By: _____/s/ *Dawniell Alise Zavala*____
                                                Dawniell Alise Zavala
16                                              Attorneys for Plaintiffs

17                                         WARNER BROS. RECORDS INC.,
18                                         VIRGIN RECORDS AMERICA, INC.,
                                           BMG MUSIC, MAVERICK
19                                         RECORDINGS COMPANY,
20                                         INTERSCOPE RECORDS, SONY BMG
                                           MUSIC ENTERTAINMENT, and
21                                         ARISTA RECORDS LLC

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On June 16, 2008, I served the foregoing documents described as:

**NOTICE OF SUBSTITUTION OF COUNSEL**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> Jesus Partida, Esq.
> Law Office of Frank Partida
> 1229 3rd Avenue
> Chula Visa, CA 91911
> *Attorney for Defendant*

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 16, 2008 at San Francisco, California.

*Della Grant*
Della Grant

PROOF OF SERVICE
Case No. C 07-03094 CW
#38243 v1

1