ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

June 26, 2008

Dawniell Alise Zavala
Holme Roberts & Owen LLP
560 Mission Street
25th Floor
SAN FRANCISCO, CA 94105
415-268-2000 x1948

Frank Partida
Law Office of Frank Partida
1229 3rd Avenue
Chula Vista, CA 91911
619-200-7677

Re: Warner Bros. Records Inc. v. Doe
<u>Case No. C 07-03094 CW MED</u>

Dear Counsel:

The ADR Program would like to convene a conference call with Daniel Bowling, ADR Program Staff Attorney, to discuss the Mediation. We would like to schedule this for **Monday, July 7, 2008 at 4:00 p.m.** This office will initiate the call to the phone numbers above unless directed otherwise. Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

Thank you for your attention to this matter.

Sincerely,

Alice M. Fiel
ADR Case Administrator