Dawniell Zavala (State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:         dawniell.zavala@hro.com

Attorneys for Plaintiffs,
WARNER BROS. RECORDS INC.;
VIRGIN RECORDS AMERICA, INC.;
BMG MUSIC; MAVERICK
RECORDINGS COMPANY;
INTERSCOPE RECORDS; SONY BMG
MUSIC ENTERTAINMENT; and ARISTA
RECORDS LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; BMG MUSIC, a New York general partnership; MAVERICK RECORDINGS COMPANY, a California joint venture; INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>                    Plaintiffs,<br><br>     v.<br><br>YOO-MIN LEE,<br>                    Defendant. | CASE NO. C 07-03094-CW<br><br>Honorable Claudia Wilken<br><br>**AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2 associations of persons, firms, partnerships, corporations (including parent corporations) or other
3 entities (i) have a financial interest in the subject matter in controversy or in a party to the
4 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5 substantially affected by the outcome of this proceeding:
6  Plaintiff WARNER BROS. RECORDS INC.'s ultimate parent corporation is Warner Music
7 Group Corp., which is publicly traded in the U.S.
8  Plaintiff VIRGIN RECORDS AMERICA, INC.'s ultimate parent is Maltby Capital Limited,
9 which is not publicly traded.
10  Plaintiff BMG MUSIC is a general partnership owned by SONY BMG MUSIC
11 ENTERTAINMENT and Ariola Eurodisc LLC, neither of which is publicly traded.
12  Plaintiff MAVERICK RECORDING COMPANY is a joint venture between SR/MDM
13 Venture Inc., whose ultimate parent corporation is Warner Music Group Corp., which is publicly
14 traded in the U.S., and Maverick Records LLC, which is not publicly traded.
15  Plaintiff INTERSCOPE RECORDS is a subsidiary of Vivendi S.A., a publicly held French
16 company.
17  Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership owned
18 by USCO Holdings Inc., BeSo Holding LLC, Arista Holding, Inc., and Zomba US Holdings, Inc.,
19 none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the
20 latter of which is publicly traded in the United States.

1 | Plaintiff ARISTA RECORDS LLC is a limited liability company owned by BMG Music, a
2 | New York general partnership, which is not publicly traded.

Dated:  June 26, 2008

HOLME ROBERTS & OWEN LLP

By: _____/s/ *Dawniell Alise Zavala*____
Dawniell Alise Zavala
Attorneys for Plaintiffs

WARNER BROS. RECORDS INC.,
VIRGIN RECORDS AMERICA, INC.,
BMG MUSIC, MAVERICK
RECORDINGS COMPANY,
INTERSCOPE RECORDS, SONY BMG
MUSIC ENTERTAINMENT, and
ARISTA RECORDS LLC

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On June 26, 2008, I served the foregoing documents described as:

**AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> Jesus Partida, Esq.
> Law Office of Frank Partida
> 1229 3rd Avenue
> Chula Visa, CA 91911
> *Attorney for Defendant*

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 26, 2008 at San Francisco, California.

*Della Grant*
Della Grant

AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. C 07-03094 CW
#38463 v1