1  Dawniell Alise Zavala (CA State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:       dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
   WARNER BROS. RECORDS INC.;
7  VIRGIN RECORDS AMERICA, INC.;
   BMG MUSIC; MAVERICK
8  RECORDINGS COMPANY;
9  INTERSCOPE RECORDS; SONY BMG
   MUSIC ENTERTAINMENT; and ARISTA
10 RECORDS LLC

11
                    UNITED STATES DISTRICT COURT
12                  NORTHERN DISTRICT OF CALIFORNIA
13                         OAKLAND DIVISION

14

15 | WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; BMG MUSIC, a New York general partnership; MAVERICK RECORDINGS COMPANY, a California joint venture; INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company, | CASE NO. C 07-03094 CW

Honorable Claudia Wilken

**PROOF OF SERVICE OF PLAINTIFFS' FIRST REQUEST FOR INSPECTION**

Plaintiffs,

   v.

YOO-MIN LEE,

   Defendant.

---

POS OF PLAINTIFFS' FIRST REQUEST FOR INSPECTION
Case No. C 07-03094 CW
#38780 v1

# PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On July 11, 2008, I served the foregoing documents described as:

**PLAINTIFFS' FIRST REQUEST FOR INSPECTION**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> Jesus Partida, Esq.
> 1229 3rd Avenue
> Chula Vista, CA 91911
> *Attorney for Defendant*

☒   BY ELECTRONIC MAIL (E-MAIL):  I caused the above-mentioned document(s) to be served via electronic mail from my electronic notification address to the electronic notification address of the addressee as indicated above. The document was served electronically and the transmission was reported complete without error.

XX   BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

XX   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 14, 2008 at San Francisco, California.

*/s/ Della Grant*
_____
Della Grant

1

PROOF OF SERVICE
Case No. 4:07-CV-03094-CW
#38737 v1