# SHEARMAN & STERLING LLP

1080 MARSH ROAD | MENLO PARK | CA | 94025-1022

WWW.SHEARMAN.COM | T +1.650.838.3600 | F +1.650.838.3699

vveenker@shearman.com                                      July 31, 2008
1.650.838.3763

<u>Via Email</u>

Dawniell Zavala
Holme Roberts & Owen LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
dawniell.zavala@hro.com

Frank Partida
1229 3rd Ave.
Chula Vista, CA  91911
lyka2000@rocketmail.com

Re:     Warner Bros. Records Inc. v. Yoo Min Lee
        <u>Case No. C07-03094 CW MED</u>

Dear Counsel:

The mediation in the above-referenced case is scheduled for August 29, 2008, at the U.S. District
Court for the Northern District of California, Room 16-6892, 16th floor, Courtroom 17, 450
Golden Gate Avenue, San Francisco, CA 94102, beginning at 9:00 a.m.  The mediation will
continue for however long it is productive up until 2:00 p.m.

Please make sure that the written statements described in ADR L.R. 6-7 are exchanged and
emailed or delivered to my office by August 19, 2008.  Please include any key documents you
feel I should read.  As we discussed, I also invite you to submit to me--but not exchange--
confidential statements relating, for example, to obstacles to or options for settlement.

Please prepare for the mediation by discussing each of the following items with your client:

- client's interests, not just positions, and how these interests could be met;

ABU DHABI  |  BEIJING  |  BRUSSELS  |  DÜSSELDORF  |  FRANKFURT  |  HONG KONG  |  LONDON  |  MANNHEIM  |  MENLO PARK
MUNICH  |  NEW YORK  |  PARIS  |  ROME  |  SAN FRANCISCO  |  SÃO PAULO  |  SINGAPORE  |  TOKYO  |  TORONTO  |  WASHINGTON, DC

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS.

Dawniell Zavala
Frank Partida                                                July 31, 2008
Page 2

- other side's interests, and how these could be met;
- best and worst alternatives to a negotiated settlement;
- strengths and weaknesses of your case; and
- estimated budget to litigate the case through trial.

As previously communicated, I have donated twenty hours of pre-mediation time.  I will charge my regular hourly rate for the mediation process and preparation.

I look forward to working with you and your clients.

Very truly yours,

Vicki S. Veenker

VSV:mj

cc:    Clerk's Office - ADR Unit
       Alice_Fiel@cand.uscourts.gov