**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WARNER BROS. RECORDS INC., et al.,

    Plaintiffs,

    v.

YOO-MIN LEE,

    Defendant.
_____/

No. C 07-03094 CW

ORDER OF
REFERENCE TO
MAGISTRATE JUDGE

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiffs' Motion to Compel Discovery Responses and to Deem Admitted Matters Set Forth in Plaintiff First Set of Requests for Admissions and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge.

    Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 8/6/08

_____
CLAUDIA WILKEN
United States District Judge

cc: Wings; Assigned M/J w/mo.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WARNER BROS. RECORDS INC. et al,

        Plaintiff,

v.

DOE et al,

        Defendant.

Case Number: CV07-03094 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Frank Partida
Law Office of Frank Partida
1229 3rd Avenue
Chula Vista, CA 91911

Dated: August 6, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk