IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Warner Bros. Records Inc.

          Plaintiff,

  v.

Yoo-Min Lee

          Defendant.
_____/

NO: CV 07-03094 CW

**ORDER REGARDING FAILURE TO REGISTER FOR E-FILING**

TO:    Frank Partida
        Law Office of Frank Partida
        1229 3rd Avenue
        Chula Vista, CA 91911

     This case is subject to Electronic Case Filing ("ECF"), pursuant to General Order 45, Section VI, which requires that all documents in such a case be filed electronically. General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to ECF."

     IT IS HEREBY ORDERED that, if he has not already done so, counsel for Defendant shall register forthwith as an ECF User and be issued an ECF User ID and password. Forms and instructions can be found on the Court's Web site at ecf.cand.uscourts.gov.

     Failure to comply with this order may result in the imposition of monetary or other sanctions on a daily basis until the failure to comply with the General Order has been remedied.

Dated: 8/7/08

_____

CLAUDIA WILKEN

United States District Judge

<div style="writing-mode: vertical">**United States District Court**
For the Northern District of California</div>

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. RECORDS INC. ET AL et al, | Case Number: CV07-03094 CW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| DOE et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Frank Partida
Law Office of Frank Partida
1229 3rd Avenue
Chula Vista, CA 91911

Dated: August 7, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk