UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. RECORDS, INC. | No. C 07-3094 CW |
|     Plaintiff, | ORDER REQUESTING REASSIGNMENT FROM JUDGE WAYNE D. BRAZIL TO ANOTHER MAGISTRATE JUDGE FOR DISCOVERY |
| v. | |
| YOO MIN LEE, | |
|     Defendant. | |

On August 6, 2008, this action was referred by Judge Wilken to the undersigned to consider and decide Plaintiff's Motion to Compel and all further discovery motions that may be filed in the case. However, the undersigned has received information about this case in his capacity as ADR Magistrate Judge that, under the ADR Local Rules, is to be shielded from the judges who exercise judicial power in the litigation. Accordingly, the undersigned asks that responsibility for ruling on discovery disputes be assigned to another Magistrate Judge on the Court.

IT IS SO ORDERED.

Dated: August 8, 2008

WAYNE D. BRAZIL
United States Magistrate Judge