UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. RECORDS, INC., et al. | No. C07-3094 CW (EMC) |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| YOO-MIN LEE, | |
| Defendant. / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on **PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES AND TO DEEM ADMITTED MATTERS SET FORTH IN PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSIONS** is set for **September 17, 2008 at 10:30 a.m.** before Magistrate Judge Edward M. Chen, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102. Opposition shall be filed by August 27, 2008. Reply shall be filed by September 3, 2008.

Dated: August 13, 2008                    FOR THE COURT,
                                          Richard W. Wieking, Clerk

                                          by:  _____
                                               Betty Fong
                                               Courtroom Deputy